# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Group 1 Automotive, Inc. as Assignee on Behalf of Group 1 Automotive Wholly-Owned Subsidiary Dealerships, et. al., <br> *Plaintiff,* <br> v. <br> Koito Manufacturing Co., Ltd., et. al., <br> *Defendant.* | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 20-11255 <br><br> Hon. Denise Page Hood |

**SUMMONS IN A CIVIL ACTION**

To: Koito Manufacturing Co., Ltd.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Andrew G. Pate
> Nix Patterson, LLP
> 3600 N. Capital of Texas Hwy.
> Bldg. B, Suite 350
> Austin, TX 78746
> 512-328-5333

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/S. Osorio
*Signature of Clerk or Deputy Clerk*

Date of Issuance: May 21, 2020



# Summons and Complaint Return of Service

Case No. 20-11255
Hon. Denise Page Hood

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Koito Manufacturing Co., Ltd. was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):* _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Group 1 Automotive, Inc. as Assignee on Behalf of Group 1 Automotive Wholly-Owned Subsidiary Dealerships, et. al.,
    *Plaintiff,*

v.

Koito Manufacturing Co., Ltd., et. al.,

    *Defendant.*

Civil Action No. 20-11255

Hon. Denise Page Hood

**SUMMONS IN A CIVIL ACTION**

To:     North American Lighting, Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Andrew G. Pate
    Nix Patterson, LLP
    3600 N. Capital of Texas Hwy.
    Bldg. B, Suite 350
    Austin, TX 78746
    512-328-5333

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/S. Osorio
    *Signature of Clerk or Deputy Clerk*

Date of Issuance:  May 21, 2020



# Summons and Complaint Return of Service

Case No. 20-11255
Hon. Denise Page Hood

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>North American Lighting, Inc.</u> was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):* _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Group 1 Automotive, Inc. as Assignee on Behalf of Group 1 Automotive Wholly-Owned Subsidiary Dealerships, et. al., <br> *Plaintiff,* <br> v. <br> Koito Manufacturing Co., Ltd., et. al., <br> *Defendant.* | ) ) ) ) ) ) ) ) ) ) | Civil Action No. 20-11255 <br><br> Hon. Denise Page Hood |

**SUMMONS IN A CIVIL ACTION**

To: Stanley Electric Co., Ltd.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew G. Pate
Nix Patterson, LLP
3600 N. Capital of Texas Hwy.
Bldg. B, Suite 350
Austin, TX 78746
512-328-5333

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/S. Osorio
*Signature of Clerk or Deputy Clerk*

Date of Issuance: May 21, 2020



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 20-11255
Hon. Denise Page Hood

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Stanley Electric Co., Ltd.
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Group 1 Automotive, Inc. as Assignee on Behalf of Group 1 Automotive Wholly-Owned Subsidiary Dealerships, et. al., )
)
)
)
*Plaintiff,* )
)
v. )
)
Koito Manufacturing Co., Ltd., et. al., )
)
)
)
*Defendant.* )

Civil Action No. 20-11255

Hon. Denise Page Hood

**SUMMONS IN A CIVIL ACTION**

To:     Stanley Electric U.S. Co., Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Andrew G. Pate
> Nix Patterson, LLP
> 3600 N. Capital of Texas Hwy.
> Bldg. B, Suite 350
> Austin, TX 78746
> 512-328-5333

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/S. Osorio
*Signature of Clerk or Deputy Clerk*

Date of Issuance: May 21, 2020



# Summons and Complaint Return of Service

Case No. 20-11255
Hon. Denise Page Hood

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Stanley Electric U.S. Co., Inc.</u>
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Group 1 Automotive, Inc. as Assignee on Behalf of Group 1 Automotive Wholly-Owned Subsidiary Dealerships, et. al., <br> *Plaintiff,* <br> v. <br> Koito Manufacturing Co., Ltd., et. al., <br> *Defendant.* | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 20-11255 <br><br> Hon. Denise Page Hood |

**SUMMONS IN A CIVIL ACTION**

To:   II Stanley Co., Inc.

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Andrew G. Pate
        Nix Patterson, LLP
        3600 N. Capital of Texas Hwy.
        Bldg. B, Suite 350
        Austin, TX 78746
        512-328-5333

    If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/S. Osorio
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  May 21, 2020



# Summons and Complaint Return of Service

Case No. 20-11255
Hon. Denise Page Hood

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* II Stanley Co., Inc. was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):* _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: