UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Group 1 Automotive, Inc., et al.,

           Plaintiff(s),       Case No. 20-11255

v.       Honorable Denise Page Hood

Koito Manufacturing Co., Ltd et al.,       Magistrate Judge Anthony P. Patti

           Defendant(s).
_____/

**ORDER REGARDING REASSIGNMENT OF COMPANION CASE**

    This case appears to be a companion case to Case No. __12-02311__. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable __Marianne O. Battani__ and Magistrate Judge _____.

                              s/Denise Page Hood
                              Denise Page Hood
                              United States District Judge

                              s/Marianne O. Battani
                              Marianne O. Battani
                              United States District Judge

_____

    Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
    Case type: __CIVIL__

    If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: __June 4, 2020__       s/N. Ahmed
                                                     Deputy Clerk

cc:    Parties and/or counsel of record
        Honorable Marianne O. Battani